# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHENTILL BEARD,
                Appellant,
      vs.
PRESTON P. REZAEE; AND THE
FIRM, P.C.,
                Respondents.

No. 75263

**FILED**

MAR 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an arbitration action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. First, we are unable to discern what order appellant seeks to appeal; she identifies the date of February 6, 2018, but the district court docket entries do not list an order entered that date. Moreover, the docket entries reflect a notice to the prevailing party that a final judgment may be entered on the arbitration award, but no written judgment has yet been entered. Thus, we conclude that the notice of appeal is prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The court lacks jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

18-11237

cc:    Hon. Joanna Kishner, District Judge
       Chentill Beard
       Law Office of David Sampson
       Eighth District Court Clerk

